APPEAL No. 73-166. RICHARD WAYNE HASKELL *p.p.a.* MARQUERITA T. HOUSTON *v.* ROLAND PETER HENRIKSON. Motion of defendant for leave to file certified copy of birth record of plaintiff, Richard Wayne Haskell, is granted. *Aram K. Berberian*, for plaintiff. *A. Earl Shaw, Jr.*, Town Solicitor, for defendant.

APPEAL No. 1882. ETTORE C. PICERNE *v.* ROLAND P. SYLVESTRE *et al.* Motion to reargue is granted and matter assigned to continuous argument list. Roberts, C. J. not participating. *George Ajootian*, for plaintiff-appellee. *James F. McAleer*, for defendants-appellants.

## February 22, 1974.

APPEAL No. 1702. RUTH COOLBETH *v.* ARAM K. BERBERIAN. Papers remanded to the Superior Court for the sole purpose of an expeditious consideration of the defendant's motion to dismiss to which Supreme Court alluded in *Coolbeth* v. *Berberian*, 112 R. I. 558, 313 A.2d 656 (1974). Thereafter, the papers to be returned forthwith. Appeal of defendant from an order requiring him to furnish a more complete record is dismissed without prejudice to his right to contest the ultimate responsibility for the costs thereof. *John M. Roney, Rhode Island Legal Services, Inc.*, for plaintiff. *Aram K. Berberian*, defendant, pro se.